JONATHAN D. WOLF, CA STATE BAR NO. 127043
SUSAN E. BISHOP, CA STATE BAR NO. 187253
KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
jonathan.wolf@berliner.com
susan.bishop@berliner.com
kathleen.sherman@berliner.com

ATTORNEYS FOR PLAINTIFF
CAPITAL MAILING SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAPITAL MAILING SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SALT CREEK MEDIA, INC., a California corporation; ANDREW CODY, an individual; MATTHEW KELSOE, an individual; ROBERT RICO, an individual; JOSHUA BYRD, an individual; and DOES 1-20,<br><br>Defendants. | CASE NO. 2:15-CV-02337-TLN-CKD<br><br>ORDER TO SEAL DOCUMENTS |

This matter came before the undersigned Judge of the above-entitled Court upon Plaintiff's Request to Seal Documents. Having considered the Request, the arguments therein, and the documents themselves, the Court finds good cause to file the requested documents under seal. According, the following documents are ordered to be filed under seal:

(1) The unredacted version of the Declaration of Perice Sibley in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction; and

(2) Exhibits 28 and 30 to the Declaration of John Fenton in Support of Plaintiff's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.

**IT IS SO ORDERED.**

Dated:  November 25, 2015

Troy L. Nunley
United States District Judge