JONATHAN D. WOLF, CA STATE BAR NO. 127043
SUSAN E. BISHOP, CA STATE BAR NO. 187253
KATHLEEN F. SHERMAN, CA STATE BAR NO. 241200
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
jonathan.wolf@berliner.com
susan.bishop@berliner.com
kathleen.sherman@berliner.com

ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT
CAPITAL MAILING SERVICES, INC. AND COUNTER-
DEFENDANTS PERICE D. SIBLEY AND APC HOLDING
AND MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAPITAL MAILING SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SALT CREEK MEDIA, INC., a California corporation; ANDREW CODY, an individual; MATTHEW KELSOE, an individual; ROBERT RICO, an individual; JOSHUA BYRD, an individual; and DOES 1-20,<br><br>Defendants. | CASE NO. 2:15-CV-02337-TLN-CKD<br><br>ORDER SEALING EXHIBITS 5-7 TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANTS' MOTION TO DISMISS ANDREW CODY'S COUNTERCLAIMS |
| ANDREW CODY, an individual,<br><br>Counterclaimant,<br><br>v.<br><br>PERICE D. SIBLEY, aka PERICE D. SIBLEY-CODY, an individual; CAPITAL MAILING SERVICES, INC., a California corporation; APC HOLDING & MANAGEMENT, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Counter-Defendants. | |

CASE NO. 2:15-CV-02337-TLN-CKD

-1-

ORDER SEALING EXHIBITS 5-7 TO REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF COUNTER-DEFENDANTS' MOTION TO DISMISS ANDREW CODY'S COUNTERCLAIMS

This matter came before the undersigned Judge of the above-entitled Court upon Counter-Defendants' Request to Seal Exhibits 5-7 to Request for Judicial Notice in Support of Counter-Defendants' Motion to Dismiss Andrew Cody's Counterclaims. Having considered the Request, the arguments therein, and the exhibits themselves, the Court finds good cause to file the requested exhibits under seal. According, the following documents are ordered to be filed under seal:

(1) The unredacted version of Exhibit 5 to the Request for Judicial Notice in Support of Counter-Defendants' Motion to Dismiss Andrew Cody's Counterclaims, previously filed as Docket No. 28-3;

(2) The unredacted version of Exhibit 6 to the Request for Judicial Notice in Support of Counter-Defendants' Motion to Dismiss Andrew Cody's Counterclaims, previously filed as Docket No. 28-4; and

(3) The unredacted version of Exhibit 7 to the Request for Judicial Notice in Support of Counter-Defendants' Motion to Dismiss Andrew Cody's Counterclaims, previously filed as Docket No. 28-5.

**IT IS SO ORDERED.**

Dated: January 8, 2016

_____
Troy L. Nunley
United States District Judge