UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAPITAL MAILING SERVICES, INC., a California corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>SALT CREEK MEDIA, INC., a California corporation; ANDREW CODY, an individual; MATTHEW KELSOE, an individual; ROBERT RICO, an individual; JOSHUA BYRD, an individual; and DOES 1-20,<br><br>      Defendants. | CASE NO.  2:15-CV-02337-TLN-CKD |

On December 15, 2015, Defendant and Counterclaimant Andrew Cody ("Counterclaimant") filed 23 counterclaims against Counter-Defendants APC Holding & Management, Inc., Capital Mailing Services, Inc., and Perice D. Sibley ("Counter-Defendants"). (Counterclaim, ECF No. at 23.)  On January 5, 2016, Counter-Defendants moved to dismiss those claims.  (ECF No. 27.)  Counterclaimant filed a statement of non-opposition to the motion to dismiss, stating that he filed a state court action containing identical claims and therefore seeks to dismiss the claims before this Court.  (ECF No. 39.)

-1-

In response to Counterclaimant's statement of non-opposition, Counter-Defendants have asked this Court to make a determination on the merits of their motion and to dismiss Counterclaimants claims without leave to amend. (ECF No. 41.) The Court declines to make such a determination and will permit Counterclaimant to withdraw his claims. Therefore, the Court hereby DISMISSES all claims contained within the counterclaim (ECF No. 23) without prejudice. As a result of this determination, Counter-Defendants APC Holding & Management and Perice D. Sibley are hereby DISMISSED as parties from the instant litigation. The Court further DISMISSES Counter-Defendant's request for judicial notice (ECF No. 28) as moot.

**IT IS SO ORDERED.**

Dated: April 11, 2016

Troy L. Nunley
United States District Judge